# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0312
LT Case No.16-2017-CF-011217-A

_____

JOHNDRE RISHAWN RICHO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristie Regan,
Assistant Attorney General, Tallahassee, for Appellee.


August 13, 2024


PER CURIAM.


AFFIRMED.


EDWARDS, C.J., and KILBANE and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____